# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>42.35 ACRES OF LAND, MORE OR LESS, SITUATE IN KERN COUNTY, CALIFORNIA, AND DONALD E. RINALDI, TRUSTEE FOR SIERRA CRAIGMYLE TRUST DATED DECEMBER 28, 1987, *et al*.<br>Defendants. | CASE NO. 1:17-cv-00930<br><br>**ORDER DIRECTING CLERK OF THE COURT TO DEPOSIT FUNDS INTO COURT REGISTRY** |

Upon motion of the Plaintiff, United States of America, for an Order to Deposit Funds representing the estimated just compensation in this eminent domain action into the Court Registry filed by Plaintiff United States of America, and good cause appearing;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Clerk of the Court shall accept the deposit of Two Hundred and Twenty-Six Thousand and Three Hundred Dollars ($226,300.00) tendered by the United States, and shall deposit these funds into an interest bearing account under the terms and conditions set forth in Federal Rules Civil Procedure 67 and L.R. 150.

IT IS SO ORDERED.

Dated: **July 14, 2017**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

1