```
MARK L. NATIONS, KERN COUNTY COUNSEL
By: Nicole M. Misner, Deputy (SBN 188076)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendant
Kern County Treasurer-Tax Collector
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CV-00930 LJO JLT |
| Plaintiff, | |
| v. | ORDER FOR WITHDRAWAL OF DEPOSIT |
| 42.35 ACRES OF LAND, MORE OR LESS, SITUATE IN KERN COUNTY, CALIFORNIA, AND DONALD E. RINALDI, TRUSTEE FOR SIERRA CRAIGMYLE TRUST DATED DECEMBER 28, 1987, et al., | |
| Defendants. | |

A motion has been made to this Court for withdrawal of funds in the amount of $1,669.04 including accrued interest earned from the funds on deposit with the Court Registry as payment for property taxes on the real property described in Schedule C of the Complaint and also identified by defendant as Assessor's Parcel Numbers 485-090-01-00-05 and 485-070-01-00-9. Plaintiff deposited $226,300.00 as the amount of probable just compensation with the Court Registry as probable compensation in this matter.

///

///

1

Proposed Order for Withdrawal of Deposit

Notice having been regularly served and good cause appearing,

IT IS ORDERED that defendant's motion be granted, and the Court Clerk is hereby authorized and directed to issue a warrant to Defendant Jordan Kaufman, Kern County Treasurer-Tax Collector, ATTN: Nicole M. Misner, Deputy, Office of the County Counsel, 1115 Truxtun Avenue, Fourth Floor, Bakersfield, California, 93301, in the amount of $1,669.04.

IT IS FURTHER ORDERED that the Court Clerk is hereby authorized and directed to issue warrants for all the accrued interest earned from the funds on deposit with the Court Registry in this matter.

These payments shall constitute a waiver by operation of law to all defenses of defendant in this matter.

IT IS SO ORDERED.

Dated: **September 20, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

Proposed Order for Withdrawal of Deposit