


# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>42.35 ACRES OF LAND, MORE OR LESS, SITUATE IN KERN COUNTY, CALIFORNIA, AND DONALD E. RINALDI, TRUSTEE FOR SIERRA CRAIGMYLE TRUST DATED DECEMBER 28, 1987, et al.,<br><br>Defendants. | Case No.: 1:17-CV-00930 LJO JLT<br><br>AMENDED ORDER FOR WITHDRAWAL OF DEPOSIT; STRIKING PRIOR ORDER FOR WITHDRAWAL<br><br>(ECF Nos. 20 & 26) |

Plaintiff deposited with the Court Registry $226,300.00 as the amount of probable just compensation associated with the property at issue in this matter. A motion has been made to this Court for withdrawal from the funds on deposit with the Court Registry in the amount of $1,669.04 as payment for property taxes on the real property described in Schedule C of the Complaint and also identified by defendant as Assessor's Parcel Numbers 485-090-01-00-05 and 485-070-01-00-9.

Notice having been regularly served and good cause appearing,

IT IS ORDERED that defendant's motion be granted, and the Court Clerk is hereby authorized and directed to issue a check to Defendant Jordan Kaufman, Kern County Treasurer-Tax Collector, ATTN: Nicole M. Misner, Deputy, Office of the County Counsel, 1115 Truxtun Avenue, Fourth Floor, Bakersfield, California, 93301, in the amount of $1,669.04.

AMENDED Order for Withdrawal of Deposit

1     This Amended Order for Withdrawal of Deposit supersedes the Order for
2 Withdrawal of Deposit issued September 20, 2017. The Clerk of Court is therefore
3 directed to STRIKE the September 20, 2017 version of this order.

IT IS SO ORDERED.

Dated: **September 26, 2017**         _____
                                                UNITED STATES CHIEF DISTRICT JUDGE