# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>42.35 ACRES OF LAND, MORE OR LESS, SITUATE IN KERN COUNTY, CALIFORNIA, AND DONALD E. RINALDI, TRUSTEE FOR SIERRA CRAIGMYLE TRUST DATED DECEMBER 28, 1987, *et al*.<br>Defendants. | CASE NO. 1:17-cv-00930-LJO-JLT<br><br>**ORDER CONFIRMING SERVICE ON DEFENDANT CHARLES DUNN IS COMPLETE** |

This matter is before the Court on the *ex parte* motion (Dkt. 32) of Plaintiff United States of America for an order confirming that service of process on Defendant Charles Dunn is complete as of October 9, 2017 (the "Motion"). Upon consideration of the Motion, Federal Rules of Civil Procedure 4 and 71.1, and other applicable statutes and rules, and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** Service on Defendant Charles Dunn was complete on October 9, 2017. Defendant Dunn must serve an answer or enter a notice of appearance within 21 days thereof.

**IT IS FURTHER ORDERED** that the United States of America shall send copy of this order via U.S. Mail to Mr. Dunn at the three addresses where service upon him has been

1

attempted: 4880 Brookhill Terrace, Riverside, CA 92509-4047; 35973 Country Park Drive, Wildomar, CA 92595-7648, and C&D Sk8 Shop, 6101 Lake Isabella Blvd, Lake Isabella, CA, 93240.

IT IS SO ORDERED.

Dated: **October 11, 2017**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE