# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>42.35 ACRES OF LAND, MORE OR LESS, SITUATED IN KERN COUNTY, CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No.:　　　1:17-cv-0930-LJO-JLT |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>29.81 ACRES OF LAND, MORE OR LESS, SITUATED IN KERN COUNTY, CALIFORNIA, et al,<br><br>　　　　Defendants. | Old Case No.:　1:17-cv-0932-DAD-JLT<br>New Case No.:　1:17-cv-0932-LJO-JLT<br><br>ORDER RELATING AND REASSIGNING CASES |

Both cases listed in the caption are "brought by the United States of America at the request of the Deputy Assistant Secretary of the Army for Installations, Housing, and Partnerships, for the taking of property in Kern County, California, under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest."

1

The Court's review of the cases reveals that the actions are related, as that term is defined in Local Rule 123. The Government acquired the properties in issue in both cases for the Lake Isabella Dam Safety Modification Project. The actions involve the same questions of law, including the Government's power to condemn property for public purpose. The assignment to the same District Judge is likely to effect a substantial savings of judicial effort. Thus, the Court **ORDERS**:

1. The cases noted above **SHALL** be related; and
2. The case numbered 1:17-cv-0932-DAD-JLT **SHALL** be assigned to the docket of the Honorable Lawrence J. O'Neill, United States District Court Judge. Magistrate Judge Jennifer L. Thurston shall remain assigned to that case. To avoid delays in processing, any further filings in the reassigned case shall bear the case number:

**1:17-cv-0932-LJO-JLT**

IT IS SO ORDERED.

Dated: **December 21, 2017**          /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE