# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:17-CV-00930-LJO-JLT |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING A BRIEF EXTENSION OF EXPERT DISCLOSURE DEADLINES** |
| vs. | |
| 42.35 ACRES OF LAND, MORE OR LESS, SITUATE IN KERN COUNTY CALIFORNIA, et al., | **(Doc. 48)** |
| Defendants. | |

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The stipulation is **GRANTED**. The parties **SHALL** disclose their experts **no later than July 11, 2018** and any rebuttable experts **no later than September 5, 2018**.

**Absolutely no other modifications to case deadlines are authorized and absolutely no further modifications to the expert deadlines will be entertained by the Court.**

IT IS SO ORDERED.

Dated: __June 25, 2018__     /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE