# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>42.35 ACRES OF LAND, MORE OR LESS, SITUATE IN KERN COUNTY, CALIFORNIA, AND DONALD E. RINALDI, TRUSTEE FOR SIERRA CRIAGMYLE TRUST DATED DECEMBER 28, 1987, *et al.*<br><br>Defendants. | CASE NO. 1:17-CV-00930-LJO-JLT<br><br>**ORDER ON JOINT MOTION FOR RELIEF FROM REQUIREMENT THAT AN INDIVIDUAL WITH FULL SETTLEMENT AUTHORITY ATTEND SETTLEMENT CONFERENCE**<br>**(Doc. 57)** |

This matter is before the Court by Joint Motion for Relief from Requirement that an Individual with Full Settlement Authority Attend the Settlement Conference, which conference is currently scheduled for October 24, 2018, at 9:30 a.m.

///
///
///
///
///
///

1

Good cause appearing, the Court **ORDERS**:

1. The motion is **GRANTED**. The United States is excused from the requirement that an individual with full settlement authority attend the scheduling conference. The principal attorneys representing the United States will be present, with authority to recommend an appropriate settlement agreement.

IT IS SO ORDERED.

Dated: **October 9, 2018**   **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE