UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>42.35 ACRES OF LAND, MORE OR LESS, SITUATE IN KERN COUNTY CALIFORNIA, AND DONALD E. RINALDI, TRUSTEE FOR SIERRA CRAIGMYLE TRUST DATED DECEMBER 28, 1987, et al.,<br><br>       Defendant. | Case No:     1:17-CV-00930-LJO-JLT<br><br>**ORDER ON STIPULATION TO SHORTEN NOTICE AND RESET HEARING ON DEFENDANTS' JOINT MOTION FOR WITHDRAWAL FROM DEPOSIT OF JUST COMPENSATION** |

- 1 -
ORDER APPROVING STIPULATION TO SHORTEN NOTICE

56669674.v1

Having read and considered the Stipulation to Shorten Notice and Reset Hearing on Joint Motion For Withdrawal from Deposit of Just Compensation, the Declaration of Bernadette M. Duran-Brown, and good cause having been shown,

IT IS HEREBY ORDERED that the hearing on the "Joint Motion For Withdrawal From Deposit of Just Compensation by Defendants Charles Dunn and Tyler Wendt, Trustee" previously set for November 1, 2018 at 8:30 a.m. in Department 4 shall be reset to **October 31, 2018** at 8:30 a.m. in Department 4.

IT IS SO ORDERED.

Dated: **October 10, 2018**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

# PROOF OF SERVICE

The undersigned declares:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is c/o Nossaman LLP, 18101 Von Karman Avenue, Suite 1800, Irvine, CA 92612.

On October 9, 2018, I served the foregoing **[PROPOSED] ORDER ON STIPULATION TO SHORTEN NOTICE AND RESET HEARING ON DEFENDANTS' JOINT MOTION FOR WITHDRAWAL FROM DEPOSIT OF JUST COMPENSATION** on parties to the within action as follows:

☐ (By U.S. Mail) On the same date, at my said place of business, Copy enclosed in a sealed envelope, addressed as shown on the attached service list was placed for collection and mailing following the usual business practice of my said employer. I am readily familiar with my said employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, and, pursuant to that practice, the correspondence would be deposited with the United States Postal Service, with postage thereon fully prepaid, on the same date at Irvine, California.

☐ (By Facsimile) I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), to the number(s) listed on the attached sheet. Said transmission was reported complete and without error. A transmission report was properly issued by the transmitting facsimile machine, which report states the time and date of sending and the telephone number of the sending facsimile machine. A copy of that transmission report is attached hereto.

☐ (By Overnight Service) I served a true and correct copy by overnight delivery service for delivery on the next business day. Each copy was enclosed in an envelope or package designated by the express service carrier; deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf; with delivery fees paid or provided for; addressed as shown on the accompanying service list.

☒ (By Electronic Service) By emailing true and correct copies to the persons at the electronic notification address(es) shown on the accompanying service list. The document(s) was/were served electronically and the transmission was reported as complete and without error.

Executed on October 9, 2018.

☒ FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Christie Noble*
Christie Noble

# SERVICE LIST

| | |
|---|---|
| Alyson A. Berg<br>United States Attorney's Office<br>2500 Tulare Street<br>Suite 4401<br>Fresno, CA 93721<br>Alyson.berg@usdoj.gov | Attorneys for the United States |
| Reade Wilson<br>Anthony Gentner<br>United States Department<br>  of Justice, ENRD<br>U.S. Department of Justice, ENRD<br>PO Box 7611 Ben Franklin Station<br>Washington, DC 20004<br>Reade.wilson@usdoj.gov<br>Anthony.gentner@usdoj.gov | Attorneys for the United States |
| Eric F. Edmunds<br>Law Offices of Eric F. Edmunds<br>100 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90401 | Attorney for Tyler Keith Wendt |