1  JEFFREY BOSSERT CLARK
   Assistant Attorney General
2



FILED

FEB 21 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

3  READE E. WILSON
   ANTHONY C. GENTNER
4  Trial Attorneys
   United States Department of Justice
5  Environment & Natural Resources Division
   P.O. Box 7611, Ben Franklin Station
6  Washington, DC 20044-7611
   Telephone: (202) 305-0299
7  reade.wilson@usdoj.gov
   anthony.gentner@usdoj.gov
8

9  ALYSON A. BERG
10 Assistant United States Attorney
   Eastern District of California
11 2500 Tulare Street, Suite 4401
   Fresno, CA 93721
12 Telephone: (559) 497-4018
   alyson.berg@usdoj.gov
13

14 *Attorneys for the United States.*

15            UNITED STATES DISTRICT COURT
16            EASTERN DISTRICT OF CALIFORNIA

17

18 UNITED STATES OF AMERICA,

19                  Plaintiff,

20                                        CASE NO. 1:17-CV-00930-LJO-JLT

21        v.
                                          **STIPULATED FINAL JUDGMENT**
22 42.35 ACRES OF LAND, MORE OR
23 LESS, SITUATE IN KERN COUNTY,
   CALIFORNIA, AND DONALD E.
24 RINALDI, TRUSTEE FOR SIERRA
   CRAIGMYLE TRUST DATED
25 DECEMBER 28, 1987, *et al.*

26
                   Defendants.
27

28

STIPULATED FINAL JUDGMENT          1

Plaintiff United States of America and Defendants Charles Dunn ("DUNN") and Tyler Wendt, Executor of the Estate of George Wendt, and Successor Trustee of the Restated George R. Wendt and Pamela K. Wendt Family Trust ("WENDT"), hereby agree and stipulate, and the Court hereby **ORDERS, ADJUDGES, AND DECREES** as follows:

1. On July 13, 2017, the United States filed a Complaint in Condemnation (Dkt. 1) and a Declaration of Taking (Dkt. 2) in this eminent domain proceeding against approximately 42.35 acres of land in Kern County, California.

2. The Declaration of Taking provides for the fee simple acquisition of Assessor Parcel Nos. 485-090-01 and 485-070-01 previously owned by DUNN and WENDT ("Subject Property").

3. On July 14, 2017, the Court granted the United States' motion to deposit into the registry of this Court its estimated just compensation for the taking in the sum of $226,300.00 (Dkt. 10). As of July 13, 2017, title to the Subject Property, to the extent set forth in the Declaration of Taking, vested in the United States by operation of law. 40 U.S.C. § 3114.

4. On September 27, 2017, the Court granted Kern County Treasurer-Tax Collector's motion to withdraw $1,669.04 from the amount deposited to satisfy payment of property taxes for the Subject Property (Dkt. 27). The Kern County Treasurer-Tax Collector subsequently filed a disclaimer of interest waiving any rights to further compensation in this proceeding (Dkt. 35).

5. On December 21, 2018, the Court granted DUNN and WENDT'S Motion for Withdrawal of Deposit (Dkt. 71).

6. In order to settle this condemnation action, the parties agree that the just compensation payable by the United States for the taking of the Subject Property as described in the Declaration of Taking shall be the sum of $510,000.00, inclusive of all costs, fees, and interest.

7. **JUDGMENT** shall be, and is hereby, entered against the United States in the amount of $510,000.00.

STIPULATED FINAL JUDGMENT          2

8.      That said sum of $510,000.00 shall be just compensation and in full satisfaction of any and all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action and the taking of the Subject Property.

9.      That said sum of $510,000.00 shall be subject to all liens, encumbrances, and charges of whatsoever nature existing against the property at the time of vesting of title thereto in the United States, and all such liens, encumbrances, and charges of whatsoever nature shall be payable and deductible from the said sum.

10.     As the United States had previously deposited $226,300.00 as estimated just compensation, the deficiency between the amount deposited and the stipulated settlement of $510,000.00 is $283,700.00. Upon entry of this stipulated judgment, the United States shall pay into the registry of the Court the deficiency of $283,700.00.

11.     Upon entry of this stipulated judgment and the United States' deposit of the deficiency into the registry of the Court, the Clerk of the Court shall, without further order of this Court, and pursuant to Fed. R. Civ. P. 67 and L.R. 150(h), issue two (2) warrants in the amount of $141,850.00 (One Hundred Forty-One Thousand Eight Hundred and Fifty Dollars), which totals to $283,700.00 (Two Hundred Eighty-Three Thousand and Seven Hundred Dollars), plus accrued interest, *less* any amount paid by the Clerk of the Court of the County as interest payments, one made payable to "Nossaman LLP Client Trust Account fbo Charles Dunn" and the other made payable to "Tyler Wendt".

12.     The Clerk of Court shall mail the warrant made payable to "Nossaman LLP Client Trust Account fbo Charles Dunn" to Mr. Dunn's counsel of record:

Bernadette M. Duran-Brown

NOSSAMAN LLP

18101 Von Karman Ave., Suite 1800

Irvine, CA 92612

13.     The Clerk of Court shall mail the warrant made payable to "Tyler Wendt" to Mr. Wendt's counsel of record:

Eric F. Edmunds, Jr.

STIPULATED FINAL JUDGMENT          3

Law Offices of Eric F. Edmunds, Jr.

100 Wilshire Boulevard, Suite 700

Santa Monica, CA 90401

14. DUNN and WENDT warrant that they were the sole owners of the Subject Property at the date of taking, and that they have the exclusive right to the just compensation herein, excepting the interests of parties having liens or encumbrances of record and unpaid taxes and assessments, if any, and that no other party is entitled to the same or any part thereof by reason of any unrecorded agreement.

15. In the event that any other party is ultimately determined by a court of competent jurisdiction to have any right to receive compensation for the Subject Property in this case, DUNN and WENDT shall refund into the registry of the Court the compensation distributed herein, or such part thereof as the Court may direct, with interest thereon calculated in accordance with the provision of 40 U.S.C. § 3116, from the date of receipt of the deposit by defendant to the date of repayment into the registry of the Court.

16. DUNN and WENDT shall save and hold harmless the United States of America from all claims or liability resulting from any unrecorded leases or agreements affecting the Subject Property on the date of taking.

17. The parties agree to take no appeal from this Stipulated Final Judgment.

18. The parties shall be responsible for all of their own legal fees, costs, and expenses.

19. Following disbursement to DUNN and WENDT, this case shall be closed.

**IT IS SO ORDERED.**

Dated: Feb 21, 2019

_____
UNITED STATES CHIEF DISTRICT JUDGE

STIPULATED FINAL JUDGMENT          4

THE UNDERSIGNED STIPULATE THAT THEY CONSENT TO THE ENTRY OF THE PRECEDING JUDGMENT AND ORDER:

ON BEHALF OF PLAINTIFF UNITED STATES OF AMERICA:

Dated: February 20, 2019

JEFFREY BOSSERT CLARK
Assistant Attorney General

*/s/Reade E. Wilson*
READE E. WILSON
*/s/Anthony C. Gentner*
ANTHONY C. GENTNER
Trial Attorneys
United States Department of Justice

ON BEHALF OF CHARLES DUNN:

Dated: _____, 2019

_____

ON BEHALF OF TYLER WENDT:

Dated: _____, 2019

_____

STIPULATED FINAL JUDGMENT                5

THE UNDERSIGNED STIPULATE THAT THEY CONSENT TO THE ENTRY OF THE PRECEDING JUDGMENT AND ORDER:

ON BEHALF OF PLAINTIFF UNITED STATES OF AMERICA:

Dated: _____, 2019          JEFFREY BOSSERT CLARK
                                     Assistant Attorney General


                                     /s/
                                     READE E. WILSON
                                     /s/
                                     ANTHONY C. GENTNER
                                     Trial Attorneys
                                     United States Department of Justice




ON BEHALF OF CHARLES DUNN:

Dated: Feb 19_____, 2019

                                     _Bernadette M. Duran-Brown_
                                     counsel for Charles Dunn


ON BEHALF OF TYLER WENDT:

Dated: _____, 2019


                                     _____


STIPULATED FINAL JUDGMENT          5

THE UNDERSIGNED STIPULATE THAT THEY CONSENT TO THE ENTRY OF THE PRECEDING JUDGMENT AND ORDER:

ON BEHALF OF PLAINTIFF UNITED STATES OF AMERICA:

Dated: _____, 2019

JEFFREY BOSSERT CLARK
Assistant Attorney General

/s/
READE E. WILSON
/s/
ANTHONY C. GENTNER
Trial Attorneys
United States Department of Justice

ON BEHALF OF CHARLES DUNN:

Dated: _____, 2019

_____

ON BEHALF OF TYLER WENDT:

Dated: 1/29, 2019

ERIC F. EDMUNDS, JR.

STIPULATED FINAL JUDGMENT          5